JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NEW REFORMATION PUBLICATIONS,<br><br>Plaintiff,<br><br>v.<br><br>PUBLISHING HOUSE OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA,<br><br>Defendant. | Case No. 8:24-cv-00125-JVS-JDE<br><br>**Order** |

Pursuant to the stipulation of the Parties and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. Defendant PUBLISHING HOUSE OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: August 27, 2024

By: _____
Hon. James V. Selna
U.S. District Court Judge